# First District Court of Appeal
## State of Florida

_____

No. 1D19-0365
_____

LOUIS REED JR.,

　　Appellant,

　　v.

FLORIDA COMMISSION ON
OFFENDER REVIEW and FLORIDA
DEPARTMENT OF CORRECTIONS,
et al.,

　　Appellees.

_____

On appeal from the Circuit Court for Leon County.
Ronald W. Flury, Judge.

May 7, 2019

PER CURIAM.

　　DISMISSED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Louis Reed Jr., pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee; Rana Wallace, General Counsel, Commission on Offender Review, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Appellees.